Samuel Richard Rubin
Federal Public Defender
Oliver W. Loewy, Illinois Bar No. 6197093
Teresa A. Hampton, Idaho Bar No. 4364
Federal Defender Services of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone: (208) 331-5530
Facsimile:  (208) 331-5559
ECF:   Oliver_Loewy@fd.org
           Teresa_Hampton@fd.org
Attorneys for Petitioner
GENE FRANCIS STUART

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GENE FRANCIS STUART,** ) | |
| ) | |
| Petitioner, ) | Civil No. 02-020-S-BLW |
| ) | |
| vs. ) | **CAPITAL CASE** |
| ) | |
| **TOM BEAUCLAIR,** ) | |
| **Director, Idaho Department of** ) | UNOPPOSED **MOTION TO SEAL** |
| **Correction, and GREG FISHER,** ) | ATTACHMENTS TO PETITIONER'S |
| **Warden, Idaho Maximum Security** ) | SECOND AMENDED PETITION |
| **Institution.** ) | FOR WRIT OF HABEAS |
| Respondents. ) | CORPUS |
| _____ ) | |

      Petitioner, Gene Francis Stuart, by and through undersigned counsel, hereby moves that this Court grant him leave to file under seal Attachments 12-15 to Petitioner's Second Amended Petition for Writ of Habeas Corpus.  These documents consist of lay declarations and the Declaration and Report of Victoria Reynolds, Ph.D.  Dr. Reynolds' declaration and report describes events recounted in the lay declarations.  Each of the exhibits which Petitioner asks be sealed contains highly sensitive and confidential material regarding declarants and others.  They

should therefore be sealed from public inspection.  Exhibits 12-14 were lodged under seal as documents with this Court as part of the record on May 26, 2011.

Undersigned counsel has contacted opposing counsel, L. LaMont Anderson, who stated that he has no objection to the instant motion.

For all these reasons, the Court should order sealed Exhibits 12-15 to Petitioner's Second Amended Petition for Writ of Habeas Corpus.

Respectfully submitted this 28th day of October, 2013.

Samuel Richard Rubin
Federal Public Defender


/s/
By: Oliver W. Loewy
Federal Defender Services of Idaho

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to the following persons:

L. LaMont Anderson
lamont.anderson@ag.idaho.gov

      /s/   Molly Brown
      Molly Brown