LAWRENCE G. WASDEN
Attorney General
State of Idaho

PAUL R. PANTHER
Deputy Attorney General
Chief, Criminal Law Division

L. LaMONT ANDERSON, ISB #3687
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074
E-mail: lamont.anderson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GENE FRANCIS STUART, | ) | CASE NO. 1:02-cv-020-BLW |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NOTICE OF NON-OBJECTION |
| | ) | TO PETITIONER'S MOTION TO |
| GREG FISHER, Warden of the Idaho Maximum Security Institution, Department of Correction, State of Idaho, | ) ) ) ) | SEAL ATTACHMENTS |
| | ) | |
| Respondent. | ) ) | |

COMES NOW, Respondent, Greg Fisher, Warden ("state"), by and through his

attorney, L. LaMont Anderson, Deputy Attorney General and Chief, Capital Litigation

*NOTICE OF NON-OBJECTION TO PETITIONER'S MOTION TO SEAL
ATTACHMENTS* - 1

Unit, and hereby files this Notice of Non-Objection to Petitioner's Motion to Seal Attachments. (Dkt. 151.)

DATED this 18th day of November, 2013.

/s/
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

*NOTICE OF NON-OBJECTION TO PETITIONER'S MOTION TO SEAL ATTACHMENTS - 2*

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY That on or about the 18th day of November, 2013, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Oliver Loewy | _____ U.S. Mail |
| Federal Defender Services of Idaho | _____ Hand Delivery |
| 702 W. Idaho Street, Suite 900 | _____ Overnight Mail |
| Boise, ID  83702 | _____ Facsimile |
| | __X__ Electronic Court Filing |

/s/_____
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

*NOTICE OF NON-OBJECTION TO PETITIONER'S MOTION TO SEAL*
*ATTACHMENTS - 3*