# APPENDIX A


FILED 11/25/2015
10:51 a.m.

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | CASE NO. CR1981-8495 |
| Plaintiff, | ) | |
| | ) | ORDER VACATING |
| vs. | ) | JUDGMENT OF CONVICTION |
| | ) | |
| GENE FRANCIS STUART | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on November 17, 2015, with the Defendant personally appearing in court with counsel, Teresa Hampton, and the State of Idaho represented by Clearwater County Prosecuting Attorney, Clayne Tyler. The parties submitted a Rule 11 Plea Agreement ("Agreement") of the parties, which was previously had been incorporated by the parties in their Stipulation to Grant Conditional Writ of Habeas Corpus in United States District Court for the State of Idaho (CV-02-020-BLW). The Agreement provided, among other matters, that the Defendant's previous conviction for Murder in the First Degree and subsequent sentence to death entered on December 9, 1982, be vacated.

Clayne Tyler, Clearwater County Prosecuting Attorney, moved, in open court, for vacation of the Defendant's Judgment of Conviction, entered on December 9, 1982 and the Defendant Gene Francis Stuart and his counsel,

Teresa Hampton, of the Federal Defender Services of Idaho, stipulated to such vacation. The finds that good cause exists for the vacation of the Defendant's Judgment of Conviction, entered on December 9, 1982 and that the interest of justice are served by said vacation.

Defendant's Judgment of Conviction, entered on December 9, 1982, in the above matter is hereby VACATED.

It is so ordered, this 25th day of November, 2015 nunc pro tunc for the 17th day of November, 2015.

Gregory FitzMaurice
District Judge

## CERTIFICATE OF SERVICE

I, the undersigned Deputy Clerk of the above entitled Court, do hereby certify that on this 25th day of November, 2015, I served a true and correct copy of the Order Vacating Judgment of Conviction to:

L. LaMont Anderson
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, ID 83729-0010
_____ U.S. Mail
__✓__ ~~Fax~~ Email

Teresa A. Hampton
Federal Defender Services of Idaho
702 W. Idaho, Suite 900
Boise, ID 83729
_____ U.S. Mail
__✓__ ~~Fax~~ Email

Clayne Tyler
Prosecuting Attorney, Clearwater County
P.O. Box 2627
Orofino, ID 83544
__✓__ ~~U.S. Mail~~ Courthouse Mail
__✓__ ~~Fax~~ Email

IDOC Central Records - Email
Brett Phillps - IDOC - Email
CCD Sentencing - Email
CCSO
Defendant - Mailed

Carrie Bird, Clerk of Court
By: Christy L. Hering
Deputy Clerk

Order vacating conviction-2

# APPENDIX B

11/25/2015
10:51 a.m.

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

| | |
|---|---|
| STATE OF IDAHO, ) | |
| ) | Case No. CR1981-8495 |
| Plaintiff, ) | |
| Vs. ) | JUDGMENT OF CONVICTION |
| ) | |
| GENE FRANCIS STUART ) | |
| ) | |
| Defendant. ) | |

  The defendant pled guilty to Murder by Torture in the Second Degree, a felony, in violation of Idaho Code § 18-4001 and 18-4003(g). Prior to the defendant's plea of guilty the defendant was advised of the charge, the maximum and minimum possible punishments, the right to trial by jury, the right to confront witnesses who would testify against the defendant at trial, the right to subpoena witnesses on the defendant's behalf, the presumption of innocence, and the right against self-incrimination. The defendant understood the charge, the possible punishments, and understood that a plea of guilty waived the right to trial by jury, the right to confront witnesses who would testify against the defendant at trial, the right against self-incrimination, the presumption of innocence, and any potential defenses to the charge. The defendant's plea was given knowingly, freely and voluntarily. After inquiry the court found a factual basis for the defendant's plea.

  On the 17th day of November, 2015, the defendant personally appeared in court with counsel, Teresa Hampton, and the State of Idaho was represented by

JUDGMENT OF CONVICTION-1

Clearwater County Prosecuting Attorney, Clayne Tyler, at the time scheduled for sentencing.

The parties waived completion of a pre-sentence report and requested immediate sentencing. After considering matters in mitigation, matters in aggravation, and there being no legal cause shown why judgment should not be pronounced, the court proceeded to pronounce sentence as follows:

IT IS ORDERED that the defendant is committed to the custody of the Idaho State Board of Corrections for a determinate life sentence during which the defendant shall not be eligible for parole or discharge or credit or reduction of sentence for good conduct (except as provided by Idaho Code section 20-101D).

IT IS FURTHER ORDERED that pursuant to the agreement of the parties, the defendant shall pay no court costs, fines, restitution or costs of incarceration.

THE COURT FINDS that pursuant to the agreement of the parties and the statement of the defendant, the defendant knowingly, freely and voluntarily waived his right to seek a reduction of his sentence pursuant to Idaho Criminal Rule 35.

THE COURT FURTHER FINDS that pursuant to the agreement of the parties, the defendant knowingly, freely and voluntarily waived his right to appeal this judgment and sentence.

SO ORDERED this 25th day of November, 2015 nunc pro tunc for the 17th day of November, 2015.

Gregory FitzMaurice
District Judge

CERTIFICATE OF MAILING

I, the undersigned Deputy Clerk of the above entitled Court, do hereby certify that a copy of the foregoing was mailed to, faxed to, or delivered by me on the _25th_ day of November, 2015, to:

L. LaMont Anderson  
Deputy Attorney General  
Chief, Capital Litigation Unit  
P.O. Box 83720  
Boise, ID 83729-0010

____ U.S. Mail  
_✓_ Fax Email

Teresa A. Hampton  
Federal Defender Services of Idaho  
702 W. Idaho, Suite 900  
Boise, ID 83729

____ U.S. Mail  
_✓_ Fax Email

Clayne Tyler  
Prosecuting Attorney, Clearwater County  
P.O. Box 2627  
Orofino, ID 83544

_✓_ U.S. Mail Courthouse Mail  
_✓_ Fax Email

Idaho Board of Corrections  
Brett Phillips  
Central Records

_✓_ email

CCD Sentencing Team

_✓_ email

Defendant

____ delivered via Jail  
_✓_ U.S. Mail

CCSO –

Carrie Bird, Clerk of Court  
By: Christy L. Hering  
Deputy Clerk

JUDGMENT OF CONVICTION-3